Guzzie *v.* Raneri, Appellant.

Submitted April 10, 1972. *Albert M. Nichols,* Assistant District Attorney, and *John N. Scales,* District Attorney, for appellant; *Irving M. Green,* for appellee.

Decree affirmed.

Harde, Appellant, *v.* Campbell.

Argued April 13, 1972. *Bruce R. Martin,* for appellant; *Frederick N. Egler,* with him *Egler, McGregor & Reinstadtler,* for appellee.

Judgment affirmed.

Miller *v.* Owen, Appellant.

Argued April 12, 1972. *George Hardy Rowley,* with him *Voorhies, Dilley, Keck Rowley & Wallace,* for appellant; *Henry M. Ekker,* with him *Martin E. Cusick,* and *Cusick, Madden, Joyce & McKay,* for appellee.

Order affirmed.